**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:06CR24-V**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **SEAN C. SOWARDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

       **THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice . . ."

(document #15)  filed June 15, 2006, requesting admission of Attorney Rico R. Moore to represent

the Defendant Sean C. Sowards.  For the reasons set forth therein, the motion will be **GRANTED**.

       The Clerk is directed to send copies of this Order to counsel for the parties, including but not

limited to moving counsel.

       **SO ORDERED**.

                        Signed: June 19, 2006

                        _Carl Horn, III_
                        _____

                        Carl Horn, III
                        United States Magistrate Judge