IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:06CR24

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SEAN C. SOWARDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Suppress Evidence; Request for Hearing," filed July 7, 2006. In his Motion, Defendant seeks to suppress all evidence obtained by the Government as a result of an alleged unlawful stop of Defendant's vehicle, the unlawful detention of Defendant, and the unlawful search of the vehicle driven by Defendant. The Court is unable to address Defendant's Motion without a response from the Government.

Accordingly, **the Court directs the Government to respond to Defendant's Motion within ten (10) days of the date of this Order**.

The Clerk is hereby directed to send a copy of this Order to the United States Attorney and to Defense Counsel.

Signed: July 21, 2006

Richard L. Voorhees
United States District Judge